UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WALVER DANIEL VILORIO MONCADA,

    Plaintiff,

v.                       Case No.: 2:26-cv-00006-SPC-NPM

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

    Defendants,

## **OPINION AND ORDER**

Before the Court is Walver Daniel Vilorio Moncada's *pro se* Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). Immigration and Customs Enforcement (ICE) arrested Moncada on November 21, 2025, and he is currently detained at Glades County Detention Center. Moncada claims his detention violates the Fifth Amendment's Due Process Clause because he has not received a bond hearing. The Court dismissed Moncado's original petition because it did not state any ground for habeas relief and gave him an opportunity to amend.

Moncada's amended petition corrects the deficiency of the original because it pleads in sufficient detail. But the amended petition is unsigned. "Application for a writ of habeas corpus shall be in writing *signed and verified* by the person for whose relief it is intended or by someone acting in his behalf."

28 U.S.C. § 2242.  In the signature line of Moncada's amended petition, someone wrote, "Detained."  That is not enough to satisfy the signature and verification requirement.

It is not clear who filed the amended petition on Moncada's behalf.  The latter part of § 2242 codifies the common law tradition of permitting a "next friend" to litigate on behalf of a detained person who is unable to seek relief himself, "usually because of mental incompetence or inaccessibility." *Whitmore v. Arkansas*, 495 U.S. 149, 162 (1990).  But "'next friend' standing is by no means granted automatically to whomever seeks to pursue an action on behalf of another." *Id*. 1t 163.  The "next friend" must adequately explain why the detainee cannot appear on his own behalf to prosecute the action, and he must be truly dedicated to the best interests of the detainee. *Id*.  "The burden is on the 'next friend' clearly to establish the propriety of his status and thereby justify the jurisdiction of the court." *Id*. at 164.

Because Moncada's amended petition does not satisfy the signature and verification requirement, it is **DISMISSED without prejudice**.  Moncada may file a signed and verified amended petition within **21 days** of this order.  If someone seeks to file on Moncada's behalf, they must establish the propriety of "next friend" status.

**DONE AND ORDERED** in Fort Myers, Florida on January 21, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE